IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| RMG MEDIA, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DONOVAN MARINE, INC.; and BOATING INVESTMENT GROUP, LLC,<br><br>　　　　　　Defendants. | **ORDER OF DISMISSAL**<br><br>Case No. 2:23-cv-251-TC-CMR<br><br>Judge Tena Campbell<br>Magistrate Judge Cecilia M. Romero |

　　　　The parties in this action have not objected to the court's preliminary ruling (see ECF No. 41), in which the court proposed to dismiss this action as an instance of claim splitting. (See also Order Denying Mot. Dismiss, Sept. 17, 2024, ECF No. 39.) Accordingly, the court now ORDERS as follows:

　　　　1.　　This action is DISMISSED without prejudice.

　　　　2.　　The court will enter an order in RMG Media v. iBoats, No. 2:22-cv-3, granting leave for Plaintiff RMG Media, LLC to file an amended complaint that includes the claims it brought against Defendants Donovan Marine, Inc., and Boating Investment Group, LLC, in this action.

　　　　DATED this 17th day of December, 2024.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　_Tena Campbell_
　　　　　　　　　　　　　　　　　　　　　　　Tena Campbell
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1