AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

RMG MEDIA, LLC,

        Plaintiff,

v.

DONOVAN MARINE, INC; and BOATING INVESTMENT GROUP, LLC,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:23-cv-00251-TC-CMR

IT IS ORDERED AND ADJUDGED

That this action is DISMISSED without prejudice.

December 17, 2024
_____
*Date*

BY THE COURT:

_____
Tena Campbell
United States District Judge